**NATIONAL REGISTERED AGENTS, INC.**
An NRAI Solutions Company

May 20, 2010

DONALD T. CHEATHAM

P.O. BOX 500169
AUSTIN, TX 78750-0169

**FILED**

MAY 2 4 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

RE: Title of Action: Cheryl R. Canady v. Satellite Dialysis Central States LLC

Entity Served: SATELLITE DIALYSIS CENTRAL STATES LLC

Case/Docket Number: A10CA145 LY

Dear Mr CHEATHAM,

Legal documents in the above titled action have been received by National Registered Agents, Inc. (NRAI) for one of the defendants/parties listed in the enclosed documents.

NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason:

[ ] NRAI Resigned as Agent with the State Authority on [date].

[ ] NRAI is no longer the Registered Agent. A Change of Agent was filed with the State Authority.

[ ] NRAI cannot determine the party being served – the legal documents must clearly state the legal name of the entity you are serving.

[X] NRAI can find no record of the entity being listed with the State Authority.

[ ] Method of Service is unacceptable – [reason].

[ ] Fewer sets of pleadings/documents than parties named – sufficient copies of the documents must be provided if serving one or more of the defendants/parties listed in the above titled action. Sufficient copies of the documents must be provided to the registered agent to send to all parties being served.

[ ] Other Agent listed with the State Authority.

[ ] The registered agent's authority to receive service has been revoked.

[ ] Other:

Therefore, the legal documents served are being returned to you for the above stated reason(s).

Very truly yours,


Priscilla Cardenas
Assistant Secretary

Enclosures

CC: Court Having Jurisdiction: U.S.D.C. For The Western District of Texas, Austin Division
 NRAI - D. Howarth